AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF VERMONT

United States of America
v.
John Griffin

Defendant

Case No. 2:21-cr-109-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Griffin,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

From on or around April 7, 2020, to on or around April 13, 2020, between June 12 and June 13, 2020, and from June 14 to on or about July 24, in the District of Vermont and elsewhere, John Griffin attempted to induce a minor to engage in illegal sex in violation of 18 U.S.C. § 2422.

Date: 12/09/2021

*Issuing officer's signature*

Lisa Wright, Deputy Clerk
*Printed name and title*

City and state: Burlington, Vermont

### Return

This warrant was received on *(date)* 12/9/2021, and the person was arrested on *(date)* 12/10/2021
at *(city and state)* New Haven, CT.

Date: 12/10/2021

*Arresting officer's signature*

SA ANTOINE WAITNE / FBI
*Printed name and title*

ISSUED
DO NOT COPY