UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          DOCKET NO. 3:21-mj-01197 (RMS)

v.

JOHN GRIFFIN                      December 10, 2021

## AFFIDAVIT OF DAVID KIRBY

STATE OF NEW YORK        )
COUNTY OF                ) ss.:

David Kirby declares:

1. I am a member of the law firm of O'Connor & Kirby, PC. My office address and contact information is as follows:

> 260 Trinity Pass Road
> Pound Ridge, NY
> New York, NY 10570
> Tel: 802-233-2766
> Email: david@kirbyoconnor.com

2. I am an attorney duly admitted to practice law in the States of New York and Vermont, and am a member in good standing.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. I have reviewed and am familiar with the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Joseph W. Martini as my agent for service of process and the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

7. I respectfully request this Court to grant my application for admission to practice before the United States District Court for the District of Connecticut.

In lieu of swearing before a notary public, and pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2021.

David Kirby