UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No.:  3:21mj1197 (RMS) |
| v. | |
| JOHN GRIFFIN | December 13, 2021 |

## MOTION TO WITHDRAW

The undersigned counsel, Joseph W. Martini, hereby moves to withdraw his Motion for Admission of Counsel Pro Hac (Doc. 5) and respectfully requests that the Court issue an Order to the Clerk's Office to refund Spears Manning & Martini, LLC the filing fee in connection with said Motion for Admission of Counsel Pro Hac.  On December 10, 2021, this case was transferred to the United States District Court for the District of Vermont, Case No. 2:21cr1i09 (Doc. 10) and undersigned's Pro Hac Motion has been terminated per the Clerk's Office.

**WHEREFORE**, the undersigned respectfully requests that the Court issue an Order for the Clerk's Office to refund Spears Manning & Martini LLC the filing fee in connection with its Motion For Admission of Counsel Pro Hac.

By :/s/ Joseph W. Martini_____
Joseph W. Martini (ct 07225)
SPEARS MANNING & MARTINI LLC
2425 Post Road
Southport, CT 06890
Tel. (203) 292-9766
Fax. (203) 292-9682
Email: jmartini@spearsmanning.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that December 13, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Joseph W. Martini
Joseph W. Martini